JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

SALVADOR ESTRADA, an individual,

Plaintiff,

v.

CENTRAL TRANSPORT, LLC, an Indiana limited liability company; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:19-cv-10819-FMO-RAO

**ORDER GRANTING STIPULATION [16] FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]**

Complaint Filed: November 18, 2019
Trial Date:         March 9, 2021

District Judge:     Hon. Fernando M. Olguin
Magistrate Judge: Hon. Rozella A. Oliver

[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)(A)(II)]

1         Pursuant to the Stipulation For Dismissal With Prejudice [F.R.C.P.

2    41(a)(1)(A)(ii)] between Plaintiff Salvador Estrada ("Plaintiff") and Defendant Central

3    Transport LLC (erroneously sued as "Central Transport, LLC") ("Defendant") the

4    above-captioned action is hereby Dismissed with Prejudice in its entirety, with each of

5    the Parties to bear its/his respective attorney's fees and costs.

6         **IT IS SO ORDERED.**

7

8    DATED:  June 3, 2020               _____/s/_____

9                           United States District Judge

10                          Fernando M. Olguin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:19-cv-10819-FMO-RAO

[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)(A)(II)]

1

2

## PROOF OF SERVICE
*Salvador Estrada v. Central Transport, LLC, et al.*
Case No. 2:19-cv-10819-FMO-RAO

3

4      I am and was at all times herein mentioned over the age of 18 years and not a
party to the action in which this service is made.  At all times herein mentioned I have

5  been employed in the County of Orange in the office of a member of the bar of this
court at whose direction the service was made.  My business address is 695 Town

6  Center Drive, Suite 1500, Costa Mesa, CA  92626.

7      On June 3, 2020, I served the following document(s):

8  **STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P.
41(A)(1)(A)(II)]; AND**

9

10  **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH
PREJUDICE [F.R.C.P. 41(A)(1)(A)(II)]**

11  by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as
follows:

12

13  ☒      **BY CM/ECF:**  With the Clerk of the United States District Court of California,
using the CM/ECF System.  The Court's CM/ECF System will send an e-mail
notification of the foregoing filing to the parties and counsel of record who are

14  registered with the Court's CM/ECF System.

15  ☒      **(Federal)**      I declare that I am employed in the office of a member of the State
Bar of this Court at whose direction the service was made.  I declare

16  under penalty of perjury under the laws of the United States of
America that the above is true and correct.

17

18  ☐      **(Federal)**      I declare that I am a **member** of the State Bar of this Court at whose
direction the service was made.  I declare under penalty of perjury

19  under the laws of the United States of America that the above is true
and correct.

20      I declare under penalty of perjury under the laws of the United States of America
that the above is true and correct.

21

22      Executed on June 3, 2020, at Costa Mesa, California.

23

24

25  Erin Montgomery
Type or Print Name                                Signature

26

27

28

---

1
Case No. 2:19-cv-10819-FMO-RAO
PROOF OF SERVICE

1

## SERVICE LIST

2

3   John A. Van Hook, Esq.                    Attorneys for Plaintiff Salvador Estrada
    VAN HOOK LAW FIRM
4   14156 Magnolia Blvd., Suite 200
    Sherman Oaks, CA  91423
5   Telephone:  310-405-2426
    john@vanhooklawfirm.com
6
    Adrian C. Byrne, Esq.                     Attorneys for Plaintiff Salvador Estrada
7   THE BYRNE LAW GROUP
    840 Apollo Street, Suite 311
8   El Segundo, CA  90245
    Telephone:  800-805-4002
9   Facsimile:   213-805-6515
    adrian@thebyrnelawgroup.com
10
11                                                                    43035760.1
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28